Houston Truck Wash & Lube, Inc.
Five Year Projection- Income & Expenses with Debt Plan

| Ordinary Income/Expense | | | | 25-Jan | 25-Feb | 25-Mar | 25-Apr | 25-May | 25-Jun | 25-Jul | 25-Aug | 25-Sep | 25-Oct | 25-Nov | 25-Dec | Year 1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | | | | | |
| | Services Income | | | $ 110,000.00 | $ 110,000.00 | $ 110,000.00 | $ 115,000.00 | $ 125,000.00 | $ 125,000.00 | $ 125,000.00 | $ 120,000.00 | $ 115,000.00 | $ 110,000.00 | $ 110,000.00 | $ 110,000.00 | $ 1,385,000.00 | Total: |
| | Auto Payments From Premier | | | $ 2,564.79 | $ 2,564.79 | $ 2,564.79 | $ 2,564.79 | $ 2,564.79 | $ 2,564.79 | $ 2,564.79 | $ 2,564.79 | $ 2,564.79 | $ 2,564.79 | $ 2,564.79 | $ 2,564.79 | $ 30,777.48 | $ 1,415,777.48 |
| | Total | | | $ 112,564.79 | $ 112,564.79 | $ 112,564.79 | $ 117,564.79 | $ 127,564.79 | $ 127,564.79 | $ 127,564.79 | $ 122,564.79 | $ 117,564.79 | $ 112,564.79 | $ 112,564.79 | $ 112,564.79 | $ 1,415,777.48 | |
| Expense | | | | | | | | | | | | | | | | | |
| | Salaries & Wages-Officer | | | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 150,000.00 | Average |
| | Salaries & Wages | | | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | 360,000.00 | |
| | Payroll Taxes | | | $ 3,875.00 | $ 3,875.00 | $ 3,875.00 | $ 3,875.00 | $ 3,875.00 | $ 3,875.00 | $ 3,875.00 | $ 3,875.00 | $ 3,875.00 | $ 3,875.00 | $ 3,875.00 | $ 3,875.00 | 46,500.00 | |
| | Payroll Fees | | | $ 575.00 | $ 575.00 | $ 575.00 | $ 575.00 | $ 575.00 | $ 575.00 | $ 575.00 | $ 575.00 | $ 575.00 | $ 575.00 | $ 575.00 | $ 575.00 | 6,900.00 | |
| | QLTilting | | | $ 1,945.00 | $ 1,945.00 | $ 1,945.00 | $ 1,945.00 | $ 1,945.00 | $ 1,945.00 | $ 1,945.00 | $ 1,945.00 | $ 1,945.00 | $ 1,945.00 | $ 1,945.00 | $ 1,945.00 | 23,340.00 | |
| | Ally | (Class 8) | | $ 2,512.55 | $ 2,512.55 | $ 2,512.55 | $ 2,512.55 | $ 2,512.55 | $ 2,512.55 | $ 2,512.55 | $ 2,512.55 | $ 2,512.55 | $ 2,512.55 | $ 2,512.55 | $ 2,512.55 | 30,150.60 | |
| | GM | (Class 9) | | $ 1,011.69 | $ 1,011.69 | $ 1,011.69 | $ 1,011.69 | $ 1,011.69 | $ 1,011.69 | $ 1,011.69 | $ 1,011.69 | $ 1,011.69 | $ 1,011.69 | $ 1,011.69 | $ 1,011.69 | 12,140.28 | |
| | Ford | (Class 5) | | $ 1,515.00 | $ 1,515.00 | $ 1,515.00 | $ 1,515.00 | $ 1,515.00 | $ 1,515.00 | $ 1,515.00 | $ 1,515.00 | $ 1,515.00 | $ 1,515.00 | $ 1,515.00 | $ 1,515.00 | 18,180.00 | |
| | Filters and Lubricants | | | $ 36,000.00 | $ 36,000.00 | $ 36,000.00 | $ 36,000.00 | $ 36,000.00 | $ 36,000.00 | $ 36,000.00 | $ 36,000.00 | $ 36,000.00 | $ 36,000.00 | $ 36,000.00 | $ 36,000.00 | 432,000.00 | |
| | Rent | | | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | 60,000.00 | |
| | Misc | | | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 1,500.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | 15,500.00 | |
| | Insurance Expense | | | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | 18,000.00 | |
| | Travel | | | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | 18,000.00 | |
| | Repairs and Maint | | | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | 24,000.00 | |
| | Utilities | | | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 5,700.00 | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | 67,700.00 | |
| Total Expense | | | | $ 106,434.24 | $ 106,434.24 | $ 106,434.24 | $ 106,434.24 | $ 107,934.24 | $ 107,934.24 | $ 107,934.24 | $ 107,134.24 | $ 106,434.24 | $ 106,434.24 | $ 106,434.24 | $ 106,434.24 | $ 1,282,410.88 | |
| Income before plan payments | | | | $ 6,130.55 | $ 6,130.55 | $ 6,130.55 | $ 11,130.55 | $ 19,630.55 | $ 19,630.55 | $ 19,630.55 | $ 15,430.55 | $ 11,130.55 | $ 6,130.55 | $ 6,130.55 | $ 6,130.55 | $ 133,366.60 | |
| Average Income before plan payments | | | | $ 11,113.88 | | | | | | | | | | | | | |

| | Class | Creditor | Claim Amount | Amount paid through plan | Interest % | Payment level (months 1-12) | Payment Level 2 (months 13-24) | Payment Level 3 (months 25-60) | |
|---|---|---|---|---|---|---|---|---|---|
| Secured | Class 1 | Harris County, et. al. | $206.75 | $206.75 | at 12% | $18.37 | $0 | $0 | |
| Secured | Class 2 | City of Houston | $200.61 | $200.61 | at 12% | $17.82 | $0 | $0 | |
| Secured | Class 3 | Houston Community CS | $35.63 | $35.63 | at 12% | $40.00 | month 1 only | $0 | $0 |
| Secured | Class 4 | Houston ISD | $335.50 | $335.50 | at 12% | 30 | $0 | $0 | |
| Secured | Class 5 | Ford Motor Credit (paid above) | $74,145.81 | $0 | | $0 | $0 | $0 | |
| Secured | Class 6 | JP Morgan Chase (paid above)- estimate | $207,996.97 | $207,996.97 | | 3,000 | 4,616 | 4,616 | |
| Secured | Class 8 | Ally Financial (paid above) | $105,000.00 | $0 | | $0 | $0 | $0 | |
| Secured | Class 9 | AmeriCreditGM Financial | $30,000.00 | $0 | | $0 | $0 | $0 | |
| Secured | Class 10 | QL Tilting Trust LTD | $55,000.00 | $0 | | $0 | $0 | $0 | |
| Unsecured-Lease | Class 7 | Carolyn Cook (total claim amount subject to amendment) | $82,000 | $0 | | $0 | $0 | $0 | |
| General Unsecured | Class 11 | Not disputed gen. unsec. | $84,298.81 | | | 500 | 2,500 | 2,700 | |
| Attorneys Fees* | | | $24,000 | | | 1,500 | $1,500 | $0 | |
| Subchapter V Trustee | | | $12,000 | | | 1,000 | $0 | $0 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Plan Payments** | | | | | | **6,106** | **8,616** | **7,316** | |
| | | | | | | | | | |
| *For year 1, Months 1-3 at $1500, month 4 at $2000, months 5-7 at $5000, month 8 at $4000, months 9-12 at $1500 | | | | | | | | | |
| | | | | | | | | | |
| Remaining 4 year plan | | | | Year 2 | Year 3 | Year 4 | Year 5 | | |
| Income | | | | | | | | | |
| | Services Income | | | $ 1,414,777.40 | $ 1,430,777.40 | $ 1,450,777.00 | $ 1,460,000.00 | | |
| | Auto Payments from Premier | | | $ 30,777.48 | $ 30,777.48 | $ 30,777.48 | $ 30,777.48 | | |
| | Total | | | $ 1,445,554.88 | $ 1,461,554.88 | $ 1,481,554.48 | $ 1,490,777.48 | | |
| | | | | | | | | | |
| Expense | | | | | | | | | |
| | Salaries & Wages-Officer | | | $ 150,000.00 | $ 150,000.00 | $ 160,000.00 | $ 160,000.00 | | |
| | Salaries & Wages | | | $ 360,000.00 | $ 360,000.00 | $ 375,000.00 | $ 375,000.00 | | |
| | Payroll Taxes | | | $ 46,500.00 | $ 46,500.00 | $ 50,000.00 | $ 50,000.00 | | |
| | Payroll Fees | | | $ 6,900.00 | $ 6,900.00 | $ 7,200.00 | $ 7,500.00 | | |
| | QL Tilting | | | $ 23,340.00 | $ 23,340.00 | $ 23,340.00 | $ 23,340.00 | | |
| | Ally | | | $ 30,150.60 | $ 30,150.60 | $ 30,150.60 | $ 30,150.60 | | |
| | GM | | | $ 12,140.28 | $ 12,140.28 | $ 12,140.28 | $ 12,140.28 | | |
| | Ford | | | $ 18,180.00 | $ 18,180.00 | $ 18,180.00 | $ 18,180.00 | | |
| | Filters and Lubricants | | | $ 432,000.00 | $ 440,000.00 | $ 445,000.00 | $ 450,000.00 | | |
| | Rent | | | $ 60,000.00 | $ 66,000.00 | $ 66,000.00 | $ 66,000.00 | | |
| | Utilities | | | $ 71,000.00 | $ 73,000.00 | $ 75,000.00 | $ 77,000.00 | | |
| | Insurance Expense | | | $ 18,000.00 | $ 20,000.00 | $ 24,500.00 | $ 26,000.00 | | |
| | Misc | | | $ 25,000.00 | $ 27,000.00 | $ 29,000.00 | $ 32,000.00 | | |
| | Repairs and Maint | | | $ 25,500.00 | $ 27,000.00 | $ 29,500.00 | $ 31,000.00 | | |
| | Travel | | | $ 20,000.00 | $ 23,000.00 | $ 26,000.00 | $ 30,000.00 | | |
| | | | | | | | | | |
| Total Expense | | | | $ 1,298,710.88 | $ 1,323,210.88 | $ 1,371,010.88 | $ 1,388,310.88 | | |
| | | | | | | | | | |
| Cash Available before Plan Payments | | | | $ 146,844.00 | $ 138,344.00 | $ 110,543.60 | $ 102,466.60 | | |
| | | | | | | | | | |
| See attached note | | | | | | | | | |