IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Houston Truck Wash & Lube, Inc., | § | Case No. 24-34706 |
| | § | Chapter 11, Subchapter V |
| Debtor | § | |

## NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE DEBTOR'S SUBCHAPTER V PLAN AND RELATED DATES AND DEADLINES

Houston Truck Wash & Lube, Inc. (the "Debtor") filed a Plan of Reorganization for Small Business Under Subchapter V of Chapter 11 on January 3, 2025 which was subsequently amended on January 8, 2025.  You have been sent this Notice together with a copy of (1) the First Amended Chapter 11 plan dated January 8, 2025, with all exhibits, (2) a ballot for voting, (3) the Order entered by the Bankruptcy Court on the confirmation issues and dates, and other information. The Bankruptcy Court has set a hearing on the plan and related deadlines as follows:

The deadline to object to confirmation of the plan is **February 6, 2025**.

The deadline for the Debtor to file a ballot summary is **January 28, 2025**.

Objections to confirmation must be filed with the Bankruptcy Court and served on counsel for the Debtor.  Objections may be served by email to courtdocs@bakerassociates.net.

Ballots may be sent to counsel by mail or may also be sent electronically to courtdocs@bakerassociates.net.

The Bankruptcy Court will conduct a hearing on **Monday, February 10, 2025, at 10:30 a.m.** (Central Standard Time) on the confirmation of Debtor's Plan.  The hearing shall be conducted before the United States Bankruptcy Court, Southern District of Texas, Houston Division, in **Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas.**

From Judge Norman's web site:

All NON-EVIDENTIARY, UNCONTESTED OR UNOPPOSED EVIDENTIARY hearings will be held on a HYBRID BASIS.  Parties may appear either remotely or in person unless the Court orders otherwise.  Remote appearances shall be made both by video and telephone.

All EVIDENTIARY, CONTESTED OR OPPOSED trials or hearings will be held IN PERSON unless a hybrid trial or hearing is consented to by all parties.  Parties shall at least two business day prior to any scheduled evidentiary hearing file a stipulation with an order seeking a hybrid trial or hearing.  The Court will then, if approved, enter the order for a hybrid trial or hearing.  Hybrid trials or hearings are NOT available if the Court has previously ordered in person appearance.

Remote participants **must** appear by video. Non-video, telephone only, appearances are not permitted. A separate telephone connection is required for audio. Parties who only wish to monitor hearings **should not** appear by video. Remote participants should appear from locations that are fixed, well lighted, with no background noise. The Court does not allow testimony from automobiles or non-fixed locations. All testifying witnesses must appear by video separate from counsel. Witnesses shall be segregated during testimony and may not reference written materials unless presented to them during hearing or trial electronically.

**Electronic presentation of exhibits is required for all trials and hearings**, paper exhibits are not permitted. Exhibits that are to be entered into evidence must be filed on CM/ECF with an exhibit list prior to the hearing. Exhibits must be referenced at trial by ECF filing number. Exhibits should be filed as attachments to the Exhibit List. By example if an Exhibit List is filed at ECF No. 100, then exhibits shall be filed at ECF No. 100-1, 100-2, 100-3 etc. Exhibits not filed electronically at least 24 hours to hearing may not be presented at trial.

https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman

**Parties are additionally instructed:**

The Debtor requests that you vote to ACCEPT the Chapter 11 plan. Please return your ballots to courtdocs@bakerassociates.net by email, mail or by fax to 713-869-9100. **Please return your ballots by January 28, 2025, to have your ballot included on the ballot summary.**

The Debtor will attempt to resolve issues of any creditors with the proposed plan. If a creditor has concerns over terms in the plan, you are encouraged to contact Reese Baker at 713-979-2251 as soon as possible. The Debtor may amend the plan at any time prior to confirmation to address issues of creditors.

Dated: January 8, 2025

                                                      Respectfully submitted,

                                                     */s/ Reese W. Baker*
                                                     Reese W. Baker
                                                     Texas Bar No. 01587700
                                                     Nikie Marie López-Pagán
                                                     Texas Bar No.  24090233
                                                     Baker & Associates
                                                     950 Echo Lane, Suite 300
                                                     Houston, Texas 77024
                                                     (713) 869-9200
                                                     (713)869-9100 FAX
                                                     Courtdocs@bakerassociates.net
                                                     ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

I certify that on or about January 8, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

I further certify that a copy of the foregoing document and exhibits were sent for mailing by regular U.S. Mail on or about January 8, 2025, to the parties on the attached mailing matrix.

I further certify that on or about January 8, 2025, a copy of the foregoing document and exhibits were sent via email to the following:

Darrell Palmer
darrell@houstontruckwash.com

*/s/ Reese W. Baker*
Reese W. Baker