IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Houston Truck Wash & Lube, Inc. | § | Case No. 24-34706 |
| | § | Chapter 11, Subchapter V |
| Debtor | § | |

**NOTICE OF ENTRY OF CONFIRMATION ORDER AND EFFECTIVE DATE, NOTICE OF SUBSTANTIAL CONSUMMATION, AND OTHER MATTERS**

To All Creditors, Interest Holders, and Other Parties-in-Interest:

PLEASE TAKE NOTICE that on February 10, 2025, the First Amended Subchapter V Plan of Reorganization of Houston Truck Wash & Lube, Inc. was confirmed and was substantially consummated on or about February 18, 2025, pursuant to 11 U.S.C. § 1101.

The Effective Date of the Plan is February 25, 2025.

Any creditor with a claim for a rejected executory contract or unexpired lease must submit a claim no later than March 12, 2025.

Government proof of claims are due no later than April 4, 2025.

Dated:  February 18, 2025

    Respectfully submitted,

    */s/ Reese W. Baker*
    Reese W. Baker
    Texas Bar No. 01587700
    Nikie Marie López-Pagán
    Texas Bar No.  24090233
    Baker & Associates
    950 Echo Lane, Suite 300
    Houston, Texas 77024
    (713) 869-9200
    (713)869-9100 FAX
    Courtdocs@bakerassociates.net
    ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I certify that on February 18, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and by U.S. Mail, postage prepaid, to all parties on the attached mailing matrix.

/s/ *Reese W. Baker*
Reese W. Baker